IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SECURE AXCESS, LLC, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:13-CV-724 |
| | § | **JURY TRIAL DEMAND** |
| VANGUARD GROUP, INC. and | § | |
| VANGUARD MARKETING | § | |
| CORPORATION, | § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendants Vanguard Group, Inc. and Vanguard Marketing Corporation file this Notice

of Appearance as Counsel and hereby notify the Court that Patrick C. Clutter of the law firm Potter

Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for

Defendants Vanguard Group, Inc. and Vanguard Marketing Corporation.   All pleadings,

discovery, correspondence and other material should be served upon counsel at the address

referenced above.

Dated: February 20, 2014

Respectfully submitted,

By: */s/ Patrick C. Clutter*
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas  75702
903 597 8311
903 593 0846 (Facsimile)

**ATTORNEY FOR DEFENDANTS,
VANGUARD GROUP, INC. AND
VANGUARD MARKETING
CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 20, 2014.

*/s/ Patrick C. Clutter*