IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **SECURE AXCESS, LLC,** | § | |
| Plaintiff, | § | |
| vs. | § | CASE NO. 6:13-CV-724 |
| **VANGAURD GROUP, INC.** and **VANGUARD MARKETING CORPORATION,** | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendants' Motion for a Second Extension of Time to Respond to Plaintiff's Complaint (Docket No. 36). Defendants request a second extension so that they may respond to Plaintiff's complaint at the same time as other defendants in other cases brought by Plaintiff involving the same patent. Docket No. 36 at 1. Defendants represent the motion is unopposed and that no further extensions will be requested. *Id*. at 1–2. Accordingly, the Court **GRANTS** the motion. Defendants **SHALL** respond by **April 14, 2014**. No further extensions will be granted.

So ORDERED and SIGNED this 25th day of March, 2014.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE