IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SECURE AXCESS, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>VANGUARD GROUP, INC. and<br>VANGUARD MARKETING<br>CORPORATION,<br><br>　　　　Defendants. | C.A. No. 6:13-cv-724-LED |

**ORDER ON VANGUARD GROUP, INC. AND VANGUARD MARKETING CORPORATION'S UNOPPOSED MOTION TO SEAL**

Before this Court is Defendants Vanguard Group, Inc. and Vanguard Marketing Corporation's (collectively, "Vanguard") Unopposed Motion to Seal Their Reply Brief in Further Support of Motion to Transfer Venue After Claim Construction Order. Having considered Vanguard's Motion and the relief sought therein, this Court is of the opinion that it should be GRANTED.

Vanguard may file its Reply brief under seal.

**So ORDERED and SIGNED this 25th day of March, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**