IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Secure Axcess, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:13-CV-724 (LED) |
| | § | |
| **Vanguard Group, Inc.,** *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

### PLAINTIFF SECURE AXCESS, LLC'S NOTICE THAT THE CASE IS READY FOR SCHEDULING CONFERENCE

Plaintiff Secure Axcess, LLC ("Secure Axcess") hereby files its Notice to the Court that this case is ready for Scheduling Conference, and would respectfully show the Court as follows:

1. Defendants Vanguard Group, Inc. and Vanguard Marketing Corporation have filed an Answer and are before the Court. *See* Dkt. No. 45.

2. Defendants have filed a Motion to Transfer Venue After Claim Construction, *see* Dkt. No. 27, which has been fully briefed by the parties.

3. The Patent-in-Suit is United States Patent No. 7,631,191 ("the '191 Patent").

4. The '191 Patent was previously litigated before this Court in the case *Secure Axcess, LLC v. Bank of America Corp., et al.*, Civ. No. 6:10-CV-670-LED.

5. This Court previously issued a Markman Ruling in the *Bank of America* case. *See* Civ. No. 6:10-CV-670-LED, Dkt. No. 461 (July 9, 2012).

6. This Court held a pre-trial conference in the *Bank of America* case on April 30, 2012. *See* Civ. No. 6:10-CV-670, Dkt. No. 649 (April 30, 2012).

Respectfully submitted,

_____
**ANDREW J. WRIGHT**

**DEREK GILLILAND**
STATE BAR NO. 24007239
**EDWARD CHIN**
STATE BAR NO. 50511688
**ANDREW WRIGHT**
STATE BAR NO. 24063927
**KIRK VOSS**
STATE BAR NO. 24075229
**WINN CUTLER**
STATE BAR NO. 24084364
**CHRISTIAN J. HURT**
STATE BAR NO. 24059987
**ROSS LEONOUDAKIS**
STATE BAR NO. 24087915
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
dgilliland@nixlawfirm.com
edchin@me.com
andrewjwright@me.com
kirkvoss@me.com
winncutler@nixlawfirm.com
christianhurt@nixlawfirm.com
rossl@nixlawfirm.com

**JOHN C. HULL**
STATE BAR NO. 24050791
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive

Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
johnhull@nixlawfirm.com

**BRAD SEIDEL**
STATE BAR NO. 24008008
**NIX PATTERSON & ROACH, L.L.P.**
3600 North Capital of Texas Highway
Suite 350
Austin, Texas 78746
512.328.5333 (telephone)
512.328.5335 (facsimile)
bseidel@npraustin.com

**ERIC M. ALBRITTON**
STATE BAR NO. 00790215
**MICHAEL A. BENEFIELD**
STATE BAR NO. 24073408
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com
mab@emafirm.com
drc@emafirm.com

**T. JOHN WARD, JR.**
STATE BAR NO. 00794818
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

**ANDRÉ J. BAHOU**
D.C. BAR NO. 483,516 – *admitted pro-hac*
VICE PRESIDENT AND CHIEF LEGAL OFFICER
**SECURE AXCESS, LLC**
555 Republic Drive, Suite 200
Plano, Texas 75074
972.767.9856 (telephone)
aj.bahou@secureaxcess.com

ATTORNEYS FOR PLAINTIFF
SECURE AXCESS, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's ECF system on all counsel who have consented to electronic service on this the 21st day of April, 2014.

_____
NIX PATTERSON & ROACH, L.L.P.