IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Secure Axcess, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:13-CV-724 (LED)** |
| | § | |
| **Vanguard Group, Inc.,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants.* | § | |

### ADDITIONAL ATTACHMENT TO MAIN DOCUMENT [DKT. NO. 48]

Plaintiff Secure Axcess, LLC ("Secure Axcess") hereby files this additional attachment to its Notice that this Case is Ready for Scheduling Conference. Pursuant to this Court's Standing Order, Secure Axcess gives notice of the full list of cases involving the '191 Patent currently pending before this Court:

1. *Secure Axcess, LLC v. U.S. Bank National Association, et al.*, Civ. No. 6:13-CV-717 (filed Sept. 27, 2013). Notice of Readiness filed. *See* Dkt. No. 26.

2. *Secure Axcess, LLC v. Ally Bank, et al.*, Civ. No. 6:13-CV-718 (filed Sept. 27, 2013). Notice of Readiness filed. *See* Dkt. No. 34.

3. *Secure Axcess, LLC v. GE Capital Retail Bank, et al.*, Civ. No. 6:13-CV-720 (filed Sept. 27, 2013). Notice of Readiness filed. *See* Dkt. No. 40.

4. *Secure Axcess, LLC v. Nationwide Bank, et al.*, Civ. No. 6:13-CV-721 (filed Sept. 27, 2013). Notice of Readiness filed. *See* Dkt. No. 32.

5. *Secure Axcess, LLC v. PNC Bank, National Association, et al.*, Civ. No. 6:13-CV-722 (filed Sept. 27, 2013). Notice of Readiness filed. *See* Dkt. No. 32.

6. *Secure Axcess, LLC v. Sovereign Bank, National Association*, Civ. No. 6:13-CV-723 (filed Sept. 27, 2013). Notice of Readiness filed. *See* Dkt. No. 24.

7. *Secure Axcess, LLC v. Vanguard Group, Inc., et al.*, Civ. No. 6:13-CV-724 (filed Sept. 27, 2013). Notice of Readiness filed. *See* Dkt. No. 48.

8. *Secure Axcess, LLC v. Bank of the West*, Civ. No. 6:13-CV-779 (filed Oct. 16, 2013). Notice of Readiness filed. *See* Dkt. No. 25.

9. *Secure Axcess, LLC v. Cadence Bank, National Association*, Civ. No. 6:13-CV-780 (filed Oct. 16, 2013). Notice of Readiness filed. *See* Dkt. No. 33.

10. *Secure Axcess, LLC v. Charles Schwab Bank, et al.*, Civ. No. 6:13-CV-781 (filed Oct. 16, 2013). Notice of Readiness filed. *See* Dkt. No. 24.

11. *Secure Axcess, LLC v. Commerce Bank, et al.*, Civ. No. 6:13-CV-782 (filed Oct. 16, 2013). Notice of Readiness filed. *See* Dkt. No. 29.

12. *Secure Axcess, LLC v. Ocwen Financial Corporation*, Civ. No. 6:13-CV-783 (filed Oct. 16, 2013). Notice of Readiness not filed; Defendant has not answered.

13. *Secure Axcess, LLC v. Orange Savings Bank, SSB, et al.*, Civ. No. 6:13-CV-784 (filed Oct. 16, 2013). Notice of Readiness filed. *See* Dkt. No. 24.

14. *Secure Axcess, LLC v. Raymond James & Associates, Inc., et al.*, Civ. No. 6:13-CV-785 (filed Oct. 16, 2013). Notice of Readiness filed. *See* Dkt. No. 25.

15. *Secure Axcess, LLC v. Texas Capital Bank, N.A., et al.*, Civ. No. 6:13-CV-786 (filed Oct. 16, 2013). Notice of Readiness not filed; Defendant has not answered.

16. *Secure Axcess, LLC v. T. Rowe Price Investment Services, Inc., et al.*, Civ. No.

6:13-CV-787 (filed Oct. 16, 2013). Notice of Readiness filed. *See* Dkt. No. 25.

17.     *Secure Axcess, LLC v. Trustmark National Bank, et al.*, Civ. No. 6:13-CV-788 (filed Oct. 16, 2013). Notice of Readiness filed. *See* Dkt. No. 22.

Respectfully submitted,

*/s/ Andrew J. Wright*

**ANDREW J. WRIGHT**

**DEREK GILLILAND**
STATE BAR NO. 24007239
**EDWARD CHIN**
STATE BAR NO. 50511688
**ANDREW WRIGHT**
STATE BAR NO. 24063927
**KIRK VOSS**
STATE BAR NO. 24075229
**WINN CUTLER**
STATE BAR NO. 24084364
**CHRISTIAN J. HURT**
STATE BAR NO. 24059987
**ROSS LEONOUDAKIS**
STATE BAR NO. 24087915
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
dgilliland@nixlawfirm.com
edchin@me.com
andrewjwright@me.com
kirkvoss@me.com
winncutler@nixlawfirm.com
christianhurt@nixlawfirm.com
rossl@nixlawfirm.com

**JOHN C. HULL**
STATE BAR NO. 24050791

**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
johnhull@nixlawfirm.com

**BRAD SEIDEL**
STATE BAR NO. 24008008
**NIX PATTERSON & ROACH, L.L.P.**
3600 North Capital of Texas Highway
Suite 350
Austin, Texas 78746
512.328.5333 (telephone)
512.328.5335 (facsimile)
bseidel@npraustin.com

**ERIC M. ALBRITTON**
STATE BAR NO. 00790215
**MICHAEL A. BENEFIELD**
STATE BAR NO. 24073408
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com
mab@emafirm.com
drc@emafirm.com

**T. JOHN WARD, JR.**
STATE BAR NO. 00794818
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

**ANDRÉ J. BAHOU**
D.C. BAR NO. 483,516 – *admitted pro-hac*
VICE PRESIDENT AND CHIEF LEGAL OFFICER
**SECURE AXCESS, LLC**
555 Republic Drive, Suite 200
Plano, Texas 75074
972.767.9856 (telephone)

aj.bahou@secureaxcess.com

**ATTORNEYS FOR PLAINTIFF**
**SECURE AXCESS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's ECF system on all counsel who have consented to electronic service on this the 22nd day of April, 2014.

_____
**NIX PATTERSON & ROACH, L.L.P.**

---

**ADDITIONAL ATTACHMENT: NOTICE THAT CASE IS READY FOR SCHEDULING CONFERECE**