# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SECURE AXCESS, LLC,<br><br>    Plaintiff<br>v.<br><br>VANGUARD GROUP, INC. and<br>VANGUARD MARKETING<br>CORPORATION,<br><br>    Defendants. | Civil Action No. 6:13-cv-00724-LED<br><br>JURY |

**THE VANGUARD GROUP, INC. AND VANGUARD MARKETING CORPORATION'S
<u>NOTICE OF NON-OPPOSITION TO STAY PENDING IPR AND CBM</u>**

The Vanguard Group, Inc. and Vanguard Marketing Corporation (collectively "Vanguard") does not object to the stay that the defendants to Secure Axcess' other pending cases have requested pending IPR and CBM review of the '191 patent in suit.  *See* Case Nos. 6:13-cv-00718 (dkt. no. 32), 6:13-cv-00720 (dkt. no. 39), 6:13-cv-00780 (dkt. no. 30), 6:13-cv-00717 (dkt. no. 24), 6:13-cv-00721 (dkt. no. 31), 6:13-cv-00722 (dkt. no. 31), 6:13-cv-00723 (dkt. no. 23), 6:13-cv-00779 (dkt. no. 22), and 6:13-cv-00782 (dkt. no. 27).  In the event the Court determines that a stay is appropriate, Vanguard submits that this case should also be stayed during the IPR and CBM proceedings.

Date: April 24, 2014

Respectfully submitted,

*/s/ Allen F. Gardner*
**POTTER MINTON, P.C.**
Michael E. Jones
Texas State Bar No. 10929400

        Allen F. Gardner
Texas State Bar No. 24043679
John F. Bufe
Texas State Bar No. 03316930
Patrick C. Clutter
Texas State Bar No. 24036374
110 North College, Suite 500
Tyler, Texas 75702
Tel.:  (903) 597-8311
Fax:  (903) 593-0846
Email:  mikejones@potterminton.com
       allengardner@potterminton.com
       johnbufe@potterminton.com
       patrickclutter@potterminton.com


**WILMERHALE LLP**
Michael J. Summersgill
Jordan L. Hirsch
Donald R. Steinberg
60 State Street
Boston, Massachusetts 02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email:  michael.summersgill@wilmerhale.com
       jordan.hirsch@wilmerhale.com
       don.steinberg@wilmerhale.com

Attorneys for Defendants The Vanguard Group, Inc. and Vanguard Marketing Corporation

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 24, 2014.  Any other counsel of record will be served by First Class U.S. mail on this same date.

                                            */s/ Allen F. Gardner*
                                            Allen F. Gardner