IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Secure Axcess, LLC,** § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 6:13-CV-717 (LED)** | |
| § | | |
| **U.S. Bank National Association,** *et al.*, § | **JURY TRIAL DEMANDED** | |
| § | | |
| *Defendants*. § | | |

| | | |
|---|---|---|
| **Secure Axcess, LLC,** § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 6:13-CV-718 (LED)** | |
| § | | |
| **Ally Bank,** *et al.*, § | **JURY TRIAL DEMANDED** | |
| § | | |
| *Defendants*. § | | |

| | | |
|---|---|---|
| **Secure Axcess, LLC,** § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 6:13-CV-720 (LED)** | |
| § | | |
| **GE Capital Retail Bank,** *et al.*, § | **JURY TRIAL DEMANDED** | |
| § | | |
| *Defendants*. § | | |

**Secure Axcess, LLC,** §
§
*Plaintiff*, §
§

| | | |
|---|---|---|
| v. | § § | CIVIL ACTION NO. 6:13-CV-721 (LED) |
| **Nationwide Bank**, *et al.*, | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § | |

---

| | | |
|---|---|---|
| **Secure Axcess, LLC,** | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 6:13-CV-722 (LED) |
| **PNC National Association**, *et al.*, | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § | |

---

| | | |
|---|---|---|
| **Secure Axcess, LLC,** | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 6:13-CV-723 (LED) |
| **Santander Bank, National Association** f/k/a Sovereign Bank, National Association | § § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

---

| | | |
|---|---|---|
| **Secure Axcess, LLC,** | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 6:13-CV-724 (LED) |
| **Vanguard Group, Inc.**, *et al.*, | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § | |

---

| | | |
|---|---|---|
| **Secure Axcess, LLC,** | § § | |
| *Plaintiff*, | § | |

|  |  |  |
|---|---|---|
| v. | § § | CIVIL ACTION NO. 6:13-CV-779 (LED) |
| **Bank of the West,** | § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § § | |

|  |  |  |
|---|---|---|
| **Secure Axcess, LLC,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 6:13-CV-780 (LED) |
| **Cadence Bank, National Association,** | § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § § | |

|  |  |  |
|---|---|---|
| **Secure Axcess, LLC,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 6:13-CV-782 (LED) |
| **Commerce Bank,** *et al.*, | § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § § | |

|  |  |  |
|---|---|---|
| **Secure Axcess, LLC,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 6:13-CV-785 (LED) |
| **Raymond James & Associates,** *et al.*, | § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § § | |

|  |  |  |
|---|---|---|
| **Secure Axcess, LLC,** | § § | |
| *Plaintiff,* | § | |

|  |  |  |
|---|---|---|
| v. | § § § | CIVIL ACTION NO. 6:13-CV-788 (LED) |
| Trustmark National Bank, *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § |  |

## PLAINTIFF SECURE AXCESS, LLC'S NOTICE OF RESPONSE TO DEFENDANTS' MOTIONS TO STAY PROCEEDINGS

Because Defendants have filed twelve substantially similar motions,[1] Secure Axcess filed a single response located at Docket No. 28, *Secure Axcess, LLC v. U.S. Bank Nat'l Assoc.*, Case No. 6:13-CV-00717-LED (E.D. Tex. May 1, 2014). This notice directs the Court to arguments and evidence presented in the Response in the *U.S. Bank* case.

Respectfully submitted,

---

[1] *Secure Axcess v. Ally Bank*, 6:13-cv-00718-LED (Dkt. No. 30) (E.D. Tex., filed April 14, 2014); *Secure Axcess v. Bank of the West*, 6:13-cv-00779-LED (Dkt. No. 22) (E.D. Tex., filed April 14, 2014); *Secure Axcess v. Cadence Bank Nat'l Ass'n*, 6:13-cv-00780-LED (Dkt. No. 30) (E.D. Tex, filed April 14, 2014); *Secure Axcess v. Commerce Bank*, 6:13-cv-00782-LED (Dkt. No. 27) (E.D. Tex., filed April 14, 2014); *Secure Axcess v. GE Capital Retail Bank*, 6:13-cv-00720-LED (Dkt. No. 39) (E.D. Tex., filed April 17, 2014); *Secure Axcess v. Nationwide Bank*, 6:13-cv-00721-LED (Dkt. No. 31) (E.D. Tex., filed April 14, 2014); *Secure Axcess v. PNC Bank*, 6:13-cv-00722-LED (Dkt. No. 31) (E.D. Tex., filed April 14, 2014); *Secure Axcess v. Raymond James & Assocs., Inc.*, 6:13-cv-00785-LED (Dkt. No. 27) (E.D. Tex., filed April 23, 2014); *Secure Axcess v. Santander Bank, N.A.*, 6:13-cv-00723-LED (Dkt. No. 23) (E.D. Tex., filed April 14, 2014); *Secure Axcess v. Trustmark Nat'l Bank*, 6:13-cv-00788-LED (Dkt. No. 21) (E.D. Tex., filed April 16, 2014); *Secure Axcess v. U.S. Bank et al*, 6:13-cv-00717-LED (Dkt. No. 24) (E.D. Tex., filed April 14, 2014); *Secure Axcess v. Vanguard Group, Inc.*, 6:13-cv-00724-LED (Dkt. No. 50) (E.D. Tex., filed April 24, 2014).

                                                               **CHRISTIAN J. HURT**

**DEREK GILLILAND**
STATE BAR NO. 24007239
**EDWARD CHIN**
STATE BAR NO. 50511688
**ANDREW WRIGHT**
STATE BAR NO. 24063927
**KIRK VOSS**
STATE BAR NO. 24075229
**WINN CUTLER**
STATE BAR NO. 24084364
**CHRISTIAN J. HURT**
STATE BAR NO. 24059987
**ROSS LEONOUDAKIS**
STATE BAR NO. 24087915
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
dgilliland@nixlawfirm.com
edchin@me.com
andrewjwright@me.com
kirkvoss@me.com
winncutler@nixlawfirm.com
christianhurt@nixlawfirm.com
rossl@nixlawfirm.com

**JOHN C. HULL**
STATE BAR NO. 24050791
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
johnhull@nixlawfirm.com

**BRAD SEIDEL**
STATE BAR NO. 24008008
**NIX PATTERSON & ROACH, L.L.P.**
3600 North Capital of Texas Highway
Suite 350
Austin, Texas 78746
512.328.5333 (telephone)

512.328.5335 (facsimile)
bseidel@npraustin.com

**ERIC M. ALBRITTON**
STATE BAR NO. 00790215
**MICHAEL A. BENEFIELD**
STATE BAR NO. 24073408
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com
mab@emafirm.com
drc@emafirm.com

**T. JOHN WARD, JR.**
STATE BAR NO. 00794818
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

**ANDRÉ J. BAHOU**
D.C. BAR NO. 483,516 – *admitted pro-hac*
VICE PRESIDENT AND CHIEF LEGAL OFFICER
**SECURE AXCESS, LLC**
555 Republic Drive, Suite 200
Plano, Texas 75074
972.767.9856 (telephone)
aj.bahou@secureaxcess.com

**ATTORNEYS FOR PLAINTIFF
SECURE AXCESS, LLC**

## CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service on this the 1st day of May, 2014.

                                **NIX PATTERSON & ROACH, L.L.P.**